# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>     v. <br><br> TERRELL WILLS | No. 3:24cr116(MPS) |

### <u>ORDER ACCEPTING MAGISTRATE JUDGE'S FINDINGS</u>

Having reviewed the transcript of the change-of-plea proceedings, I hereby accept and adopt the Magistrate Judge's finding that the plea of guilty by this defendant has been knowingly and voluntarily made, and that there is a factual basis for the plea.  I therefore accept and adopt the recommendation that the defendant's plea of guilty be accepted.  Accordingly, a finding of guilty shall enter forthwith.


IT IS SO ORDERED.


_____/s/_____
Michael P. Shea, U.S.D.J.


Dated:      Hartford, Connecticut
              December 29, 2025